_____
Name
_____
Mailing address
_____
City, State, Zip
_____
Telephone

**RECEIVED**

OCT 10 2025

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

_____,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

_____,

_____,

_____,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:25-CV-279-RRB
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of _____,
(print your name)

who presently resides at _____,
(mailing address)

were violated by the actions of the individual(s) named below.

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Fantasies Strip Club__ is a citizen of
(name)
__Alaska__, and is employed as a __Buisness__.
(state)                                     (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __Alaska State Troopers__ is a citizen of
(name)
__Alaska__, and is employed as a __Officer__.
(state)                                     (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, __U.S Air Force__ is a citizen of
(name)
__Alaska__, and is employed as a __Officer__.
(state)                                     (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).


**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about 2017-2025 (Date), my civil right to Freedom, Freedom Cruel and Unusal punishment (due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by Fantices Strip Club
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

Fantacies hired me. Then some claimed delusions of me doing something I never did

Then female emeilta because jelous and annoyed thinking I was with my own father sexually (NEVER DID)

Fantacies helped one lie on investagation with stolen technology

Claim 2: On or about  2011 - 2025 , my civil right to
Freedom, Freedom from Cruel and Unusual punishment
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)
was violated by  Alaska State Troopers
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

Now prson that is apart of lying to State troopers as team with stolen technology started to make delusions of prostution and having kids (Neve DID) so they made a investagtion to see what person is talking about. (delues big back female)

State troopers made up delusion to remain stalking after lie of Ivustiortion from stolen technology team

Claim 3: On or about 2011-2025, my civil right to Freedom, Freedom from Cruel and Unusal punishments
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by U.S Air Force
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

Person/team started to stalk me after thre delusions for another prson.

They have been watching for 14 years. They know not to listen on certain corvesations and call "fathr" to see what I'm doing as an adult to harass me from thse delusions

That they were jelous and delusional with technology to embass themselves and make others see there own delusions

Then they where so jelous they brought me to a medical/surgall doctor just to mess (fuck up) my body (looks)

Started to claim things of white man paying for my looks (lie)

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 5 of 7

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _X_ Yes ___ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): Tamisha lewis -dunge

Defendant(s): Ferritha leonico ANMC, Emerilta Gonzales, Amanda Balmaceda,

Name and location of court: _____

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _✓_ Dismissed ___ Appealed ___ Still pending

Issues Raised: Dismissed Evidence (Footage)

b. <u>Lawsuit 2</u>:

Plaintiff(s): Tamisha lewis -dunge

Defendant(s): API, Maximum Healthcare, Providence, Alaska Regional, more

Name and location of court: _____

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _✓_ Dismissed ___ Appealed ___ Still pending

Issues Raised: Dismissed Evidence (Footage)

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 18,000,000

2. Punitive damages in the amount of $ 18,000,000

3. An order requiring defendant(s) to keep stalker away from me, and police stop assuming and lying to friends

4. A declaration that _____

5. Other: _____

Plaintiff demands a trial by jury. ✓ Yes ____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at Anchorage, AK on 10/10/2025
(Location) (Date)

_____
(Plaintiff's Original Signature)

_____      _____
Original Signature of Attorney (if any)      (Date)

_____
_____
_____

Attorney's Address and Telephone Number